FILED

05/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0121

IN THE MATTER OF

K.A.R., K.A.R. and K.A.R.,

Youths in Need of Care

## ORDER

Upon consideration of Appellant's motion to consolidate, and good cause appearing therefore, Appellant's motion is GRANTED and the three causes are hereby consolidated under Cause No. DA 23-0121.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 12 2023

ORDER CONSOLIDATING CAUSES

PAGE 1